*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  July 31, 2014                    105040
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                        Respondent,

        v                                    MEMORANDUM AND ORDER

TERRY L. GERMAIN,
                        Appellant.
_____


Calendar Date:  June 9, 2014

Before:  Peters, P.J., Stein, McCarthy, Devine and Clark, JJ.

_____


        Michael I. Getz, Greenfield Center, for appellant.

        James A. Murphy III, District Attorney, Ballston Spa
(Nicholas E. Tishler of counsel), for appellant.

_____


        Appeal from a judgment of the County Court of Saratoga
County (Scarano, J.), rendered February 28, 2012, which revoked
defendant's probation and imposed a sentence of imprisonment.

        Peters, P.J., Stein, McCarthy, Devine and Clark, JJ.,
concur.

        Judgment affirmed.  No opinion.

ORDERED that the judgment is affirmed.


ENTER:

Robert D. Mayberger
Clerk of the Court